UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

                Plaintiff,

                                <u>ORDER</u>

                                09-CV-6209L

           v.

$9,730,00 UNITED STATES CURRENCY,

                Defendant.
_____

By letter dated May 27, 2009, attorney Thomas M. Splain seeks an extension within which to file a claim and answer to an *in rem* forfeiture complaint seeking forfeiture of currency in the amount of $9,730.00. The claimant for whom attorney Splain seeks to act is Bobby R. Albritton.

The request for an extension is granted and if a claim and answer is to be made, it must be filed on or before June 19, 2009.

IT IS SO ORDERED.

                                                          DAVID G. LARIMER
                                                   United States District Judge

Dated: Rochester, New York
         June ___ , 2009.