

*FILED JUN 2 2 2009 — MICHAEL J. ROEMER, CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NY*

# THOMAS M. SPLAIN
## ATTORNEY AND COUNSELOR AT LAW

100 Allens Creek Road, Suite 100
Rochester, NY 14618
**TELEPHONE (585) 271-6078**
**FACSIMILE (585) 244-4863**

June 19, 2009

Hon. David G. Larimer
U.S. District Court Judge
100 State Street
Rochester, NY 14614

**RE: U.S. v $9730.00 United States Currency; 09-CV-6209L**

Dear Judge Larimer:

This letter is a follow up to a conversation I had moments ago with Special Assistant United States Attorney Kathryn L. Smith. I am writing to request another extension of time to answer this complaint on the basis of the fact that Ms. Smith and I have had a meaningful discussion towards resolution, and we are hopeful that this matter can and will be resolved in approximately two to four weeks. I was prepared to put together and file an answer this afternoon, but in light of my recent discussion with Ms. Smith and the likelihood of settlement I am hopeful that the court will grant me more time to answer in the unlikely case we do not reach an agreement.

Thank you for your time and consideration.

Very truly yours,

*[signature]*

Thomas M. Splain

Cc: Kathryn L. Smith, SAUSA

*[Handwritten note:] Request for an extension to answer is granted. Answer due July 15, 2009. So ordered. David L. Larimer, USDJ 6/22/09*